**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6257**

CARL LORINZO CAPERS,

        Plaintiff - Appellant,

    v.

CLARK, Kitchen Dietician; HARRINGTON, Kitchen Dietician; BULLOCK, Unit Superintendent; RICHARD NEELY, Supervisor of Administrations; EDITH WALRATH, Medical Supervisor; ALDRIDGE; KORY DALRYMPLE; LAWRENCE PARSONS,

        Defendants – Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., Chief District Judge. (3:11-cv-00048-RJC)

Submitted: May 26, 2011        Decided: June 1, 2011

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carl Lorinzo Capers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Lorinzo Capers appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Capers v. Clark, No. 3:11-cv-00048-RJC (W.D.N.C. Feb. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2